UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60295-CIV-DAMIAN

**CARLOS ALBERTO MORALES BENITEZ**,

    Petitioner,

v.

**CARLOS NUNEZ**, *et al.*,

    Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Status Report ("Report") [ECF No. 12], filed on March 11, 2026. In the Report, Petitioner, Carlos Alberto Morales Benitez ("Petitioner"), indicates that on March 3, 2026, a bond hearing was conducted and that Petitioner was granted a bond of $10,000.00 and has been released on said bond. *See generally* Rpt. In light of this fact, it appears that the issue upon which the initial Petition for Writ of *Habeas Corpus* [ECF No. 1] was predicated has been resolved, and no further matters relating to the Petition remain for this Court's review and adjudication. In light of the foregoing, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 12th day of March, 2026.

                                                **MELISSA DAMIAN**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record